**COMMONWEALTH of Pennsylvania, Petitioner,**

v.

**Robert HUNTER, Respondent.**

Supreme Court of Pennsylvania.

Nov. 17, 2000.

### ORDER

PER CURIAM:

**AND NOW,** this 17th day of November, 2000, the Petition for Allowance of Appeal is DENIED. The June 23, 2000, order of the Superior Court denying the Petition for Review of the trial court's denial of bail is VACATED, and the bail matter is REMANDED to the trial court for reconsideration in light of the denial of the Commonwealth's Petition for Allowance of Appeal.